# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> CACI SECURED TRANSFORMATIONS, LLC, <br>     and <br> CACI INTERNATIONAL INC, <br>     and <br> CACI, INC. – FEDERAL, <br>     Defendants. | Civil Action No. 1:19-cv-02693-JKB |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC") and Defendants CACI Secured Transformations, LLC, CACI International Inc., and CACI, Inc. – Federal ("Defendants") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit 1). In support of the Motion, the parties state as follows:

1. The Commission and Defendants have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2. The Commission and Defendants believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable and just.

3. The Commission and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

1

Respectfully submitted,


/s/Megan M. Block
Megan M. Block
Trial Attorney
Pa. I.D. No. 319263
EEOC – Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Telephone: (412) 588-6934
Fax: (412) 395-5749
E-mail: megan.block@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*


/s/ Brooks R. Amiot
Brooks R. Amiot (Bar No. 12148)
JACKSON LEWIS P.C.
2800 Quarry Lake Dr., Suite 200
Baltimore, MD 21209
Phone: (410) 415-2005
Fax: (410) 415-2001
brooks.amiot@jacksonlewis.com

*Counsel for Defendants CACI Secured Transformations, LLC, CACI International Inc, and CACI, Inc. – Federal*